IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN HO,

        Plaintiff,

  v.

ARCO BUILDING CO., et al.,

        Defendants.
                                           /

Case No. CV 13-04698 SI

**ORDER TO SHOW CAUSE**

On March 21, 2014, this Court conducted a Case Management Conference in this ADA action. At that time, the parties were ordered to complete their site inspection by April 21, 2014. Plaintiff was ordered to notify the Court in writing of the date of the site inspection. Plaintiff was further ordered to advise the Court within 48 days (i.e. by May 8, 2014) what ADR process would be used to evaluate the case.

Nothing further has been filed in the action since that time. The Court was not notified of the date of the site inspection; has not been informed whether the site inspection in fact took place; and has not been informed which ADR process, if any, was selected. Nor has any further Case Management Conference been requested.

Accordingly, **the parties are ORDERED to show cause, in writing to be filed no later than September 22, 2014, why they have not complied with the Court's prior orders and why this action should not be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

Dated: September 10, 2014

                                                   SUSAN ILLSTON
                                                 United States District Judge