United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HO,

          Plaintiff,

       v.

ARCO BUILDING CO., et al.,

          Defendants.

Case No. 3:13-cv-04698-SI

**ORDER SETTING STATUS CONFERENCE AND REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT**

The Court will conduct a Status Conference on **Friday, May 8, 2015 at 3:00 pm**. On or before May 1, 2015, the parties are ORDERED to file a Joint Status Report, describing what pretrial procedures have been completed, what remains to be done, and whether a settlement conference has been completed.

**IT IS SO ORDERED.**

Dated:  April 22, 2015

_____

SUSAN ILLSTON
United States District Judge