UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John Ho**, <br>      Plaintiff, <br>   v. <br> **Arco Building Co.,** a California Limited Partnership; <br> **South City Service Station Inc.,** a California Corporation; and Does 1-10, <br>      Defendants. | **Case No**. 3:13-CV-04698-JSC <br><br> ~~[PROPOSED]~~ **ORDER** |

### ORDER

Having read the foregoing notice and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

```
The case management conference is continued to 6/26/15 at 3 p.m.
A joint statement shall be filed one week prior to the conference.
```

**IT IS SO ORDERED.**

Dated: _5/6/15_           _____

                                              Hon. Susan Illston
                                              United States District Court Judge

Order