David A. Butler, Jr. (SBN 139871)
butler.dave@sanbrunocable.com
305 San Bruno Avenue West
San Bruno, CA 94066
Telephone:  (650) 873-3750
Facsimile:   (650) 873-3168

Attorney for Defendants
SOUTH CITY & ARCO

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO,<br><br>            Plaintiff,<br><br>vs.<br><br>ARCO BUILDING CO., a California Partnership; SOUTH CITY SERVICE STATION INC., a California Corporation, et al.,<br><br>            Defendants. | Case No.  3:13-CV-04698-SI<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>**Complaint Filed:**  October 9, 2013 |

TO THE COURT:

1

Plaintiff JOHN HO ("Plaintiff") and Defendants ARCO BUILDING CO., a California Partnership; SOUTH CITY SERVICE STATION INC., a California Corporation ("Defendants"), by and through their respective counsel of record, herein agree and stipulate as follows:

## RECITALS

1. The case has settled.  Defendants have executed the confidential settlement agreement proposed by plaintiff and have funded the settlement amount into their attorney's attorney-client trust account.

2. The Court ordered that the parties respective counsel personally appear at the case management conference set for September 18, 2015 at 3:00 P.M.

3. Plaintiff needs to sign the settlement agreement and return it to defendant's counsel before payment is due to plaintiff.   Counsel anticipates that execution of the settlement agreement and payment shall occur within fifteen (15) days and that a dismissal will be filed within thirty (30) days.   In view of the settlement, the parties respectfully request one last continuance of the Case Management Conference from September 18, 2015 to a date, not sooner than 30 days from now, convenient with the court and that both parties counsel be excused from personally appearing at the Case Management Conference set for September 18, 2015 at 3:00 P.M.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows, subject to Court approval, that the  Case Management Conference be continued from September 18, 2015 to a date, not sooner than 30 days from now, convenient with the court

IT IS SO STIPULATED:

Dated: September 17, 2015                     DAVID A. BUTLER, JR.


                                              By: */s/ David A. Butler, Jr.*
                                                    David A. Butler, Jr.
                                              Attorney for Defendants


Dated: September 17, 2015                     CENTER FOR DISABILITY ACCESS


                                              By:*/s/ Phyl Grace*
                                                    Phyl Grace

                                              Attorneys for Plaintiff


   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                              */s/ David A. Butler, Jr.*
                                              DAVID A. BUTLER, JR.

# [PROPOSED] ORDER

Pursuant to the parties' Joint Stipulation, it is so ordered that the Case Management Conference is continued from September 18, 2015 to __Oct. 16__, 2015 at __3:00__ AM/**PM**.  Counsel's personal appearance at the Case Management Conference on September 18, 2015 at 3:00 P.M. is waived.

Personal appearance is required on 10/16/15 if not dismissed.

Dated: September _17_, 2015             By: _____/s/ Susan Illston_____
                                             Hon. Susan Illston
                                             Judge of the United States District Court

4

Stipulation                                                              3:13-CV-04698-SI