CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

DAVID BUTLER, JR. (SBN 139871)
davebutler@sanbrunocable.com
305 San Bruno Avenue West
San Bruno, CA 94066-3526
Telephone:  650.873.3750
Facsimile:   650.873.3168

Attorney for Defendants
South City Service Station, Inc.

UNITED STATES DISTRICT COURT

NORTHERN SDISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCO BUILDING CO., a California Limited Partnership; SOUTH CITY SERVICE STATION INC., a California Corporation; and Does 1-10,<br><br>    Defendants, | Case: 3:13-CV-04698-JSC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

1

# STIPULATION

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as a result of settlement of this action.

Dated: September 23, 2015            CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: September 23, 2015

By: /s/ David A. Butler
David A. Butler
Attorney for Defendants
South City Service Station, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David A. Butler, counsel for South City Service Station, Inc., and that I have obtained Mr. Butler's authorization to affix his electronic signature to this document.

Dated: September 23, 2015         CENTER FOR DISABILITY ACCESS

                                            By: /s/ Phyl Grace
                                                  Phyl Grace
                                                  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, | Case: 3:13-CV-04698-JSC |
| Plaintiff, | **ORDER** |
| v. | |
| ARCO BUILDING CO., a California Limited Partnership; SOUTH CITY SERVICE STATION INC., a California Corporation; and Does 1-10, | |
| Defendants, | |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 9/24/15

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal          Case: 3:13-CV-04698-JSC

# PROOF OF SERVICE

JOHN HO V. ARCO BUILDING CO; ET. AL.
Case # 3:13-CV-04698-SI

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On September 23, 2015 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)**

Addressed to:
David Butler, Jr.
305 San Bruno Avenue West
San Bruno, CA 94066-3526

- ☐ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via the United States District Court, Northern District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on September 23, 2015, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Renuka P* (signature)

Renuka Patil

PROOF OF SERVICE